IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JERALD RIDEAUX | § | |
| VS. | § | CIVIL ACTION NO. 1:25cv177 |
| CAPTAIN MORRIS, ET AL. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Jerald Rideaux, an inmate at the Jefferson County Correctional Facility, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing this action for want of prosecution pursuant to FED. R. CIV. P. 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the Report and Recommendation was mailed to Plaintiff at the address provided to the Court. No objections to the Report and Recommendation of United States Magistrate Judge have been filed.[1]

### O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the Report and Recommendation of Magistrate Judge is ADOPTED. A separate Final

---

[1] On December 29, 2025, plaintiff submitted a letter to the court. The letter, however, complained of general conditions at the jail and did not address the report entered in this case.

Judgment will be entered in this case in accordance with the magistrate judge's report and recommendations.

**SIGNED this 5th day of January, 2026.**

Michael J. Truncale
United States District Judge